*39
 

 ‘Per curiam-
 

 Let there be. a new trial, but it cannot be •court au urged by the defendant’s counsel 5 that has been Ik decided, and upon this giouud — the act of 1777, ch. 1, sec. 6, and 1779, ch. 4, sec. 1, both taken together, shew it to have been the intent of ib» legislature that these trials- should be iit the county where «.he premises lie, either upon the premises or at the bar of the county court, and notout of the county ; and for this reason they could not permit an appeal to the superior court; this court now interferes by virtue of its general superintending power in order to prevent injustice or a defect of justice ; but it will interiore no further thou absolutely necessary ; fir titese ends the verdict will be set aside and new ti id. allowed ; but that must be where the legislature ¡us directed at the bar of the county court or on the premises.